# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:25-cv-00001

| | |
|---|---|
| Thi-King Shabazz Johnson & Andre Young,<br><br>Plaintiffs,<br><br>v.<br><br>Mecklenburg County Police Department & Police Chief Johnny Jennings,<br><br>Defendants. | **NOTICE OF REMOVAL** |

Please take notice that Defendants, by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, are respectfully removing this action from the General Court of Justice, Superior Court Division, of the State of North Carolina, Mecklenburg County, to the United States District Court for the Western District of North Carolina on the following grounds:

1. On December 7, 2024, Plaintiffs filed their Complaint in Mecklenburg County Superior Court (*Thi-King Shabazz Johnson & Andre Young v. Mecklenburg County Police Department and Police Chief of Johnny Jennings,* Civil File No. 24CV057223-590). On December 9, 2024, Plaintiffs filed affidavits in support of their Complaint.

2. Although Plaintiffs did not issue summonses or properly serve Defendants with the Complaint, Defendants became aware of the lawsuit on or about December 9, 2024. Pursuant to 28 U.S.C. § 1446(a), attached as **Exhibit A** are all processes, pleadings, and other documents received by Defendants.

3. This Notice is being timely filed pursuant to 28 U.S.C. § 1446(b).

1

4. Plaintiffs' Complaint include claims for the alleged deprivation of Plaintiffs' constitutional rights pursuant to 42 U.S.C. § 1983.

5. Plaintiffs' claims are of a civil nature and raise federal questions for which the United States District Court for the Western District of North Carolina has original jurisdiction; therefore, these claims are subject to removal pursuant to 28 U.S.C. § 1331.

6. This Court has supplemental jurisdiction over any remaining state law claims pursuant to 28 U.S.C. § 1367.

7. Removal is proper under 28 U.S.C. § 1446.

8. In removing this action, Defendants do not waive any defenses that may be available to them, including without limitation that 1) this Court lacks personal jurisdiction over Defendants (Fed. R. Civ. P. 12(b)(2)); 2) Plaintiffs failed to sufficiently serve Defendants with a copy of the Complaint and Summons in this action pursuant to Rule 4 of the North Carolina Rules of Civil Procedure or Rule 4 of the Federal Rules of Civil Procedure (Fed. R. Civ. P. 12(b)(4)-(5)); and 3) Plaintiffs failed to assert a claim against Defendants for which relief could be granted (Fed. R. Civ. P. 12(b)(6)).

9. A copy of this Notice of Removal will be filed with the Clerk of Court for the General Court of Justice, Superior Court Division, of the State of North Carolina, Mecklenburg County, and thereafter served upon Plaintiffs pursuant to 28 U.S.C. § 1446(d).

10. Wherefore, Defendants, by and through the undersigned counsel, remove this action from the General Court of Justice, Superior Court Division, of the State of North Carolina, Mecklenburg County, to the United States District Court for the Western District of North Carolina.

Respectfully submitted this 2nd day of January 2025.

s/ Isaac Sturgill
Isaac Sturgill (N.C. Bar. No. 44837)
Isaac.Sturgill@charlottenc.gov
600 East 4" St., 7th Floor
Charlotte, North Carolina 28202
Telephone: (980) 417-3057
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies he served a copy of the attached Notice of Removal on Plaintiffs this day by first class mail to the following addresses:

Thi-King Shabazz Johnson
Post Office Box 575
High Point, NC 27260

Andre Young
6 Veitor Ave NW
Concord, NC 28027

Respectfully submitted this 2nd day of January 2025.

s/ Isaac Sturgill
Isaac Sturgill (N.C. Bar. No. 44837)
Isaac.Sturgill@charlottenc.gov
600 East 4" St., 7th Floor
Charlotte, North Carolina 28202
Telephone: (980) 417-3057
*Counsel for Defendants*